STATE OF NEW JERSEY v. MAURICE KORNEGAY.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE SUMBRY.

February 3, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROCCO DIMUZIO.

February 3, 1986.

Petition for certification denied.

MICHAEL THOMAS v. JOHN J. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON.

February 3, 1986.

Petition for certification denied.